**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1774**

RAMESH PANDE,

        Petitioner,

   v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  March 17, 2023                    Decided:  October 6, 2023

Before AGEE and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:**  Khagendra Gharti-Chhetry, New York, New York, for Petitioner.  Brian Boynton, Principal Deputy Assistant Attorney General, Jessica E. Burns, Senior Litigation Counsel, Edward C. Durant, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramesh Pande, a native and citizen of Nepal, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision denying his applications for asylum and withholding of removal.[*] We deny the petition for review.

Having reviewed the administrative record, we conclude that substantial evidence supports the adverse credibility finding. *See Munyakazi v. Lynch*, 829 F.3d 291, 298 (4th Cir. 2016) (stating standard of review). The immigration judge identified a specific and cogent reason for rejecting Pande's testimony. *Djadjou v. Holder*, 662 F.3d 265, 273 (4th Cir. 2011). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid in the decisional process.

*PETITION DENIED*

---

[*] Pande does not challenge the denial of his request for protection under the Convention Against Torture.

2